**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6375**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DONALD CLINTON BURTON,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-01-37-7)

---

Submitted:  April 27, 2001              Decided:  May 7, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Donald Clinton Burton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Clinton Burton seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Burton's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal substantially on the reasoning of the district court.[*] See <u>United States v. Burton</u>, No. CA-01-37-7 (W.D. Va. Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We recently held in <u>United States v. Sanders</u>, ___ F.3d ___, 2000 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's <u>Apprendi</u> claim is not cognizable.

2